# EXHIBIT "B"

Widdison, Kurts
S. Bench
09/11/06



# EXHIBIT "C"

Patient Name: Green, Krista
Patient DOB: N/A
Surgeon Name: Dr Nickolas Byrge

capt0_20180130-190738.jpg
Case Date/Time: Jan/30/18, 06:25PM
CPT Code: N/A
Reference: N/A

**Patient Name:** Green, Krista
**Patient DOB:** N/A
**Surgeon Name:** Dr Nickolas Byrge

capt0_20180130-185343.jpg

**Case Date/Time:** Jan/30/18, 06:25PM
**CPT Code:** N/A
**Reference:** N/A

Patient Name: Green, Krista
Patient DOB: N/A
Surgeon Name: Dr Nickolas Byrge

capt0_20180130-190657.jpg
Case Date/Time: Jan/30/18, 06:25PM
CPT Code: N/A
Reference: N/A