## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO, POCATELLO DIVISION

| | |
|---|---|
| KRISTA GREEN,<br><br>　　　　　Plaintiff,<br>v.<br><br>W. L. GORE & ASSOCIATES, INC. A Delaware Corporation, registered to do business in Idaho, and JOHN DOES 1-100<br><br>　　　　　Defendants. | Case No.: 4:19-CV-00022-DCN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Krista Green and Defendant W. L. Gore & Associates, Inc. ("Gore"), that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

　　Counsel of record for all parties have affixed their signatures hereto.

Dated: October 20, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Alan W. Mortensen*
　　　　　　　　　　　　　　　　　　　　Alan W. Mortensen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　DEWSNUP KING OLSEN WOREL
　　　　　　　　　　　　　　　　　　　　HAVAS MORTENSEN
　　　　　　　　　　　　　　　　　　　　36 South State Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　Salt Lake City, Utah 84111
　　　　　　　　　　　　　　　　　　　　Email: amort@dkowlaw.com


　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Krista Green*

1

/s/ Libretta P. Stennes
Libretta P. Stennes *(Pro Hac Vice)*
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Email: stennesl@gtlaw.com

Victoria Davis Lockard, Esq. *(Pro Hac Vice)*
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Email: lockardv@gtlaw.com

John A. Bailey Jr. (ISB#: 2619)
HAWLEY TROXELL ENNIS & HAWLEY LLP
412 W Center Street, Suite 2000
P.O. Box 100
Pocatello, ID 83204
Tel:  208-233-2001
Fax: 208-232-0150
Email: JBailey@hawleytroxell.com

*Attorneys for W. L. Gore & Associates, Inc.*

## Certificate of Service

    I HEREBY CERTIFY that on the 20th day of October, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Joseph R. Hayes<br>HAYES LAW, PLLC<br>680 N. 4th Street, Suite 4<br>Montpelier, ID 83254 | [x] Electronic Filing ECF<br>[ ] Facsimile to<br>[ ] Hand Delivery<br>[ ] U.S. Mail<br>[ ] Email |
| Alan W. Mortensen<br>DESNUP KING OLSEN WOREL HAVAS MORTENSEN<br>36 South State Street, Suite 2400<br>Salt Lake City, UT 84111<br><br>*Attorneys for Krista Green* | [x] Electronic Filing ECF<br>[ ] Facsimile to<br>[ ] Hand Delivery<br>[ ] U.S. Mail<br>[ ] Email |

                                                   */s/ Libretta P. Stennes*
                                                   LIBRETTA P. STENNES