IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KRISTA GREEN,<br><br>　　　　　Plaintiff,<br>v.<br><br>W. L. GORE & ASSOCIATES, INC. A Delaware Corporation, registered to do business in Idaho, and JOHN DOES 1-100<br><br>　　　　　Defendants. | Case No.: 4:19-cv-00022-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the Joint Stipulation for Dismissal with Prejudice ("Joint Stipulation"), and for good cause shown, hereby GRANTS the Joint Stipulation. Dkt. 86.

Accordingly, IT IS HEREBY ORDERED that:

(1) Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice; and

(2) Each party shall bear its own costs and fees;

(3) This case is **closed**.

DATED: October 20, 2021

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1